IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CR263 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WRITTEN STATEMENT OF** |
| | ) | **POSITION ON SENTENCING** |
| ANTONIO RIGOBERTO FRAUSTO, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, by and through his attorney, Jason E. Troia, and objects to the following paragraphs of the presentence report:

1. Paragraph 21 – Defendant argues that the weight should be 2,783 grams.

2. Paragraph 27 & 60 – Defendant's total offense level would then be 34 with a Criminal History Category I.

3. Paragraph 28 – Defendant argues that no evidence was offered to suggest that Defendant used the weapon in connection with the offense.

4. Paragraphs 39, 40 & 41 – Defendant argues that the Criminal History Category II over represents the seriousness of his criminal history.

5. Paragraphs 75 & 76 – Defendant will be filing a motion for downward departure under U.S.S.G. §5H1.3, 5H1.4 and for a deviance/variation from the guidelines under 18 U.S.C. 3553(a).

WHEREFORE, Defendant prays for the relief requested.

ANTONIO RIGOBERTO FRAUSTO, Defendant,

By:     s/Jason E. Troia
        JASON E. TROIA, #21793
        Attorney for Defendant
        Dornan, Lustgarten & Troia PC LLO
        1403 Farnam Street, Suite 232
        Omaha, Nebraska 68102
        (402) 884-7044 (phone)
        (402) 884-7045 (fax)
        jet@dornanandlustgarten.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2009, I electronically filed the Written Statement of Position on Sentencing with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Robert Sigler, Assistant U.S. Attorney

and I hereby certify that I have emailed, with return receipt and read receipt requested, the document to the following non CM/ECF participants:

Christopher Niles
U.S. Probation

s/Jason E. Troia
JASON E. TROIA, #21793
Attorney for Defendant

2