IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR263 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO EXTEND TIME TO |
| | ) | FILE ANSWER TO DEFENDANT'S |
| ANTONIO RIGBERTO FRAUSTO, | ) | § 2255 MOTION |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the District of Nebraska, and respectfully requests additional time, to August 5, 2011, in which to file its response to the defendant's §2255 motion. (Filing No. 76). In support of this motion, the United States shows as follows:

1. The undersigned was out of the district at a training seminar from June 27-30, 2011.

2. The undersigned was on scheduled annual leave for the period July 2 through July 6, 2011, inclusive. The undersigned will again be on previously scheduled annual leave for the period of July 20 through July 25, 2011, inclusive. This annual leave involved purchase of airfare as well as reservations for lodging during the annual leave.

WHEREFORE, the United States respectfully requests until August 5, 2011, in which to file its response.

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney


*s/Robert C. Sigler*
By: ROBERT C. SIGLER #13836
Assistant United States Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that a true and correct copy of the foregoing was delivered to the following non CM/ECF participant by placing same in the U.S. Mail, properly addressed and postage prepaid this 8th day of July, 2011:

Antonio Rigberto Frausto #40720-051
FCI-Elkton
Inmate Mail/Parcels
P.O. Box 10
Lisbon, OH 44432


*s/Robert C. Sigler*
ROBERT C. SIGLER
Assistant United States Attorney