IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
THE UNITED STATES OF AMERICA AND THE DEPARTMENT OF JUSTICE

The United States of America, )
              Plaintiff )
)
vs )
) CASE No.: 8:08-CR-263-JFB-FG3
)
Antonio Rigberto Frausto, )
              Defendant )

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

JUL 26 2011

OFFICE OF THE CLERK

### RESPONSE TO GOVERNMENT'S MOTION FOR COURT ORDER FOR FINDING THAT ATTORNEY-CLIENT PRIVILEGE BE WAIVED AND DEFENDANT'S CHALLENGE THEREOF

NOW COMES, ANTONIO RIGBERTO FRAUSTO, Defendant, as represented in propria personam, sui juris, and acting as his own legal counsel, hereby moves this Honorable Court to extend consideration toward this Response and grant DENIAL of Government's formal Motion requesting "Entry for order finding the Attorney-Client Privilege to be acceptable for Waiver" as unconstitutional and a violation of the Attorney-Client privilege and Defendant's Constitutional Rights to Reasonable Standards and Practices of Representation under Constitutional Amendment Rights to Due Process, that Defendant's original Motion under Habeas Corpus with filing in accordance with Section § 2255 shall stand on its own merit with reasonable and defendable arguments for Ineffective Assistance of Counsel based upon evidentiary documentation, court transcripts, prosecutorial filings, Defense noted objections, and all other deficiencies as noted and presented under formal Motion of Appeal providing this Honorable Court NO REASONABLE GROUNDS to violate the sanctity of the Attorney-Client Privilege as petitioned. And that such arguments set forth shall stand on their own merit outside of Attorney Affidavit rendering such demand upon the court as outside of the consititutional rights of the court.

**RECEIVED**

JUL 26 2011

CLERK
U.S. DISTRICT COURT
OMAHA

DATE: July 25, 2011

x *Antonio Frausto*
Antonio Rigberto Frausto, Defendant/ Respondent

**NAME:** Antonio Fausto
**REG #** 40720-051
Federal Correctional Institution Elkton
P.O. Box 10
Lisbon, OH 44432

YOUNGSTOWN OH 445
26 JUL 2011 PM 1 T

⇔ 40720-051 ⇔
Denice M Lucks
District Clerk
111 S 18TH ST
United States Dist Court
Omaha, NE - 68102
United States



**FEDERAL CORRECTIONAL INSTITUTION**
P.O. ~~~~~
LISBON, OHIO 44432 _____ 7/26/2011
                                    DATE

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.