IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
UNITED STATES OF AMERICA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 AUG 15 PM 3:48

OFFICE OF THE CLERK

The United States of America, )
      Plaintiff )
)
vs )  CASE No.: 8:08 - CR - 263-JFB-FG3
)
)
Antonio Rigberto Frausto, )
      Defendant )
)  [RE:THE HONORABLE DISTRICT JUDGE]
)

MOTION FOR REQUEST FOR EXTENSION OF TIME
AND EXPANSION OF TIME TO RESPOND TO GOVERNMENT'S ANSWER

  NOW COMES, ANTIONIO RIGBERTO FRAUSTO, DEFENDANT (Petitioner), as represented in propria personam, sui juris, and acting on his own behalf and as his own legal counsel, approaches this Honorable Court for a motion to expand the time of adjudication and final conclusion on the §2255 petition that remains as pending in connection to the above-captioned matter, in an effort for Defendant to respond appropriately to allegations and false or misleading statements that appear within the Government's answer to the original motion.

  This Motion shall provide that the court recognizes and accepts the inclusion of a response to the Government's answer as an addition to the overall docket prior to adjudication. An accompanying memorandum shall be included contemporaneously herewith.

DATE: August 10, 2011

RESPECTFULLY SUBMITTED BY:

x *Antonio Frausto*
Antonio Rigberto Frausto, Defendant

NAME: Antonio Fausto
REG # 40720-051
Federal Correctional Institution Elkton
P. O. Box 10
Lisbon, OH 44432

Legal
Mail

YOUNGSTOWN OH 445
12 AUG 2011 PM 2 L

68102131322

◇40720-051◇
Clerk Of The Court
U S Dist Ct of Nebraska
111 S 18th Plaza, Suite 1452
Roman L Hruska Cthse
Omaha, NE 68102-1322
United States

**FEDERAL CORRECTIONAL INSTITUTION**

P. O. BOX 129

LISBON, OHIO 44432          8/12/11
                              DATE

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.