IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR263 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ANTONIO RIGBERTO FRAUSTO, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion for Request for Extension of Time to Respond to Government's Answer (Filing No. 85). After considering the matter, the court will grant the defendant until September 12, 2011, in which to file a reply to the government's answer to his § 2255 motion (Filing No. 76).

SO ORDERED.

DATED this 16th day of August, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.