2-12-2013

```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF NEBRASKA

                                                13 FEB 19 PM 12:50

                                                OFFICE OF THE CLERK
```

Denice M Lucks
District Clerk
111 S. 18TH Street
Omaha, NE 68102

Case No: 8:08-cr-00263
Re: Attorney Appointment

Ms Lucks,

I'm writing your office today to ask for an attorney to be appointed to me for my pending 2255 motion. I'm an indigent inmate and do not have the education to continue Pro Se. According to the most recent docket sheet I have, the last movement on my appeal was on 8-22-2011. That is the last I have heard from anyone. Please appoint me a panel attorney so that I have a fair chance in court.

RECEIVED
FEB 19 2013
CLERK
U.S. DISTRICT COURT
OMAHA

Respectfully,

*Antonio R Frausto*

Antonio Rigberto Frausto
Reg No: 40720-051

NAME: Antonio R Frausto
REG # 40720-051
Federal Correctional Institution Elkton
P. O. Box 10
Lisbon, OH 44432

YOUNGSTOWN OH 445
13 FEB 2013 PM 2 L


Equality
FOREVER

⇔40720-051⇔
Denice M Lucks
District Clerk
111 S 18TH ST
United States Dist Court
Omaha, NE 68102
United States

RECEIVED
FEB 19 2013
CLERK
U.S. DISTRICT COURT
OMAHA

Legal Mail

6810282077