IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ANTONIO RIGBERTO FRAUSTO,<br><br>                    Defendant. | **8:08CR263**<br><br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date, the court denies the defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 (Filing No. 76) and enters judgment in favor of the plaintiff and against the defendant.

Dated this 1st day of July, 2013.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge