IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ANTONIO RIGBERTO FRAUSTO,<br><br>                    Defendant. | **8:08CR263**<br><br>**ORDER** |

This matter is before the court on the defendant's pro se motion for reconsideration of sentence reduction. Filing No. 108. The court will deny the motion as defendant is represented by counsel in this matter, and because counsel for the defendant has filed a notice of appeal in this case. Filing No. 109.

IT IS ORDERED:

1. The defendant's pro se motion for reconsideration of sentence reduction is denied as set forth herein.

Dated this 1st day of April, 2016

                                            BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            Senior United States District Judge